HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:20-cr-00264-DAD |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER** |
| | ) **APPOINTING COUNSEL** |
| vs. | ) |
| JEFFERY ALAN LOWRANCE, | ) |
| Defendant. | ) |

Defendant, Jeffery Alan Lowrance, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking modification of the terms of his supervised release.

Mr. Lowrance commenced his 60-month term of supervised release on December 15, 2020. On December 30, 2020, jurisdiction over his case was transferred from the Northern District of Illinois to the Eastern District of California. Mr. Lowrance submits the attached Financial Affidavit as evidence of his inability to retain counsel.

After reviewing the Financial Affidavit, it is respectfully recommended that counsel be appointed to assist Mr. Lowrance.

DATED: June 21, 2021                    */s/ Eric V. Kersten*
                                        ERIC VINCENT KERSTEN
                                        Assistant Federal Defender
                                        Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint Counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**June 21, 2021**__   _____/s/ *Barbara A. McAuliffe*_____
                                                            UNITED STATES MAGISTRATE JUDGE