Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
JEFFERY A. LOWRANCE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:20-CR-00264-DAD |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| v. | |
| JEFFERY A. LOWRANCE, | |
| Defendant. | |

TO THE HONORABLE JUDGE AND TO THE UNITED STATES ATTORNEY:

    Counsel was appointed to assist Mr. Lowrance with potential requests to modify conditions of his supervised release. I have not had contact with Mr. Lowrance since June 2022 and was notified by the Office of the Federal Defender this week that my appointment has concluded. I therefore request to withdraw as counsel of record in this matter.

DATED: February 24, 2023         McKNEELY LAW FIRM

                                             By:   s/ Michael McKneely
                                                     Michael McKneely
                                                     Attorneys for Jeffery Lowrance

# ORDER

While Local Rule 182 requires a motion to withdraw as counsel, this case involves a limited appointment. Counsel was previously appointed to represent Mr. Lowrance in this District and to counsel him regarding his term of supervised release. That counseling has now been concluded. Accordingly, Attorney Michael McKneely is hereby relieved as counsel of record for Jeffery Lowrance.

IT IS SO ORDERED.

Dated: **February 28, 2023**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE